IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:14-CV-00128-L |
| LG PRESTON CAMPBELL, LLC, | § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff James Joseph Juluke and Defendant LG Preston Campbell, LLC voluntarily stipulate to the dismissal of the above-styled and numbered cause with prejudice. The parties have reached a settlement that resolves all claims against all parties in this action. The parties request that the Court retain jurisdiction to the extent, if any, necessary to enforce the settlement agreement. As such, the parties jointly request that the Court dismiss this matter with prejudice.

Dated: November 24, 2014

_____
Louis Mussman
**KU & MUSSMAN, P.A.**
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Telephone: 305-891-1322
Facsimile: 305-891-4512
Email: louis@kumussman.com

*ATTORNEYS FOR PLAINTIFF*

Dated: November 24, 2014

_____
Andrew A. Gould
Jacob T. Fain
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255
Email: andrew.gould@wickphillips.com
Email: jacob.fain@wickphillips.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2014, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of records:

Andrew M. Gould
Jacob T. Fain
Wick, Phillips, Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204

By: _____
Louis I. Mussman